DAVID W. RAUB
Mary S. Raub
139 Kipling Drive
Mill Valley, CA 94941
Telephone: (415)383-0396
Email: davidraub@gmail.com
PRO SE

FILED

JUN 09 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID W. RAUB and
MARY S. RAUB

    Plaintiffs,

v.

UNITED STATES OF AMERICA

    Defendant.

No. CV25-4862

COMPLAINT FOR RECOVERY
OF OVERPAID INCOME TAXES
(28 U.S.C. §1346, §7422)

KAW

    Plaintiffs David W. Raub and Mary S. Raub hereby seek recovery of overpaid income taxes from the United States for the calendar year 2021. This Court has jurisdiction over this matter under 28 U.S.C. §1346. Plaintiffs reside in Marin County, California, in the Northern District of California. In support of their claim, Plaintiffs state:

1.     Plaintiffs timely filed their 2021 joint income tax return. Plaintiffs later discovered they had made two errors resulting in the overpayment of income taxes due. One error was failing to file Form 1116 to take advantage of a credit of $1,128 for foreign taxes paid; the other was overstating long-term capital gains on Schedule D by $3,201 by including the same transaction twice.

2.     Plaintiffs filed a 2021 Form 1040X seeking a refund of $2,951.00 in overpaid

Page 1 – COMPLAINT FOR RECOVERY OF OVERPAID INCOME TAXES

1  taxes. The Internal Revenue Service ("the IRS") has acknowledged that it received Plaintiffs' Form 1040X on May 3, 2023, within the time allowed for filing amended returns.

3. On December 20, 2023, Plaintiffs received a 474C letter from the IRS, which claimed that Plaintiffs had overstated adjustments to gross income on line 10 of Form 1040X in the amount of $5,058.00. The IRS claimed that the correct amount of the adjustment was $4,736.00, directing Plaintiffs to file a new Form 1040X with that amount shown as the adjustment to gross income. The difference between Plaintiffs' number and the IRS' number was $322.00, which happens to be one-half the amount of self-employment tax of $643.00 Plaintiffs had entered on their 2021 Form 1040 income tax return. In the 474C letter, the IRS gave no reason for not including the $322.00 adjustment to gross income of one-half the self-employment tax routinely available to taxpayers.

4. Believing their adjusted gross income shown on the 2021 Form 1040X was correct, Plaintiffs wrote a letter, dated December 23, 2023, in protest of the IRS determination in the 474C letter pointing out the IRS error in not allowing the adjustment of $322.00 representing one-half the self-employment tax due and enclosing a copy of the 2021 Schedule SE. That letter asked the IRS again to process the 2021 Form 1040X filed in May 2023.

5. On January 30, 2024, Plaintiffs received a 2645C letter asking for additional time to respond to Plaintiffs' December 23, 2023 letter.

6. On March 4, 2024, Plaintiffs received a 418C letter from the IRS indicating they were treating our December 23, 2023 protest letter as applying to the 2020 calendar tax year. Plaintiffs responded on March 18, 2024 noting clearly that the December 23, 2023 letter referred to the 2021 Form 1040X, not to 2020, and again asking the IRS to process the 2021 Form 1040X and pay the refund Plaintiffs were due.

7. Following the March 4, 2024 418C letter, Plaintiffs received six 2644C letters asking for additional time to respond to Plaintiffs' March 18, 2024 letter, as follows:

Page 2 – COMPLAINT FOR RECOVERY OF OVERPAID INCOME TAXES

May 2024; July 24, 2024; September 24, 2024; November 26, 2024; January 28, 2025; and April 1, 2025.

8.   On May 16, 2025, the IRS sent a 916C form letter again stating the IRS would not process Plaintiffs' 2021 Form 1040X for the reason that the adjustments to gross income on the 2021 shown on the amended return did not match the IRS records. No effort has been made by the IRS to explain why Plaintiffs could not deduct one-half the self-employment taxes or why the IRS could not apply Plaintiffs' requested changes to Schedule D capital gains and foreign tax credit to its existing numbers, or to otherwise contact Plaintiffs to resolve the differences between the parties' numbers.

9.   Plaintiffs will request that this Court approve the filing under seal of confidential information, including Plaintiffs' taxpayer identification numbers and all of the tax returns and correspondence referred to in this Complaint.

WHEREFORE, pursuant to 28 U.S.C. §7422, Plaintiffs pray for judgment against the United States for:

   a.   Refund of overpaid income taxes in the amount of $2,951.00;
   b.   Interest on the overpayment as provided in 26 U.S.C. §6611; and
   c.   Plaintiffs' cost of suit.

June 09, 2025

_____
David W. Raub, Plaintiff

_____
Mary S. Raub, Plaintiff