Generated: Jun 9, 2025 2:09PM                                                                                                         Page 1/1



# U.S. District Court

## California Northern - San Francisco

Receipt Date: Jun 9, 2025 2:09PM

MARY S RAUB
DAVID W RAUB
139 KIPLING DR
MILL VALLEY, CA 94941

| Rcpt. No: 311173161 | Trans. Date: Jun 9, 2025 2:09PM | | Cashier ID: #MB (3759) | |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #120 | 06/9/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** 25-CV-04862 KAW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.