HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.taxcivil@usdoj.gov

*Counsel for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DAVID W. RAUB and MARY S. RAUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 25-CV-04862-KAW<br><br>**STIPULATED REQUEST FOR ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE INITIAL CASE MANAGEMENT DEADLINES; ORDER AS MODIFIED** |

Plaintiffs David W. Raub and Mary S. Raub and Defendant United States of America stipulate and jointly request that the Court enter an order extending the United States' response deadline 90 days, to November 10, 2025, and vacating all scheduled initial case management deadlines.

In support of the stipulated request, the parties submit the following:

1. On June 9, 2025, plaintiffs David W. Raub and Mary S. Raub filed a complaint, *pro se*, in the District Court for the Northern District of California seeking to recover alleged overpayment of federal income taxes for 2021, plus interest. ECF No. 1.

2. On June 18, 2025, the Court set the Initial Case Management Conference for September 9, 2025, along with related deadlines for completing initial disclosures, filing the case management statement, and filing the Federal Rule of Civil Procedure 26(f) report. ECF No. 4.

3. After review of the Complaint along with information from the IRS, the United States entered into discussion with Plaintiffs regarding resolution of the case without need for further litigation.

4. However, to potentially resolve the case, additional information is needed from the IRS. The United States has requested this information, but significant personnel changes at the IRS have delayed processing.

5. Currently, the case management deadlines and events are scheduled in August and September of 2025. Extending the time to respond to the complaint to November 10, 2025, would necessarily require extending the initial case management deadlines beyond that date. Doing so would conserve the parties' and the Court's time and resources.

6. Under Federal Rule of Civil Procedure 6(b), the Court can grant an extension to respond to a complaint for good cause. Good cause exists here for the requested extension of time. The parties make this request not to cause unnecessary delay, but to allow the United States sufficient time to obtain adequate information to engage in productive discussion with Plaintiffs and/or prepare an appropriate response reflecting its views.

7. The parties thus request an order extending the United States' response deadline to November 10, 2025, and vacating all scheduled initial case management deadlines. If the parties do not resolve the case before November 10, 2025, the Court could reset the initial case management deadlines, if necessary, after the United States responds to the Complaint.

8. This is the parties' first request for an order changing time.

9. By requesting an extension of time, the United States does not waive any defenses listed in Federal Rule of Civil Procedure 12.

WHEREFORE, the parties stipulate and respectfully request that this Court extend the United States' deadline to respond to the Complaint to November 10, 2025, and vacate all initial case management deadlines set in the Court's Order Setting Initial Case Management Conference (ECF No.

4), to be reset after the United States responds to the Complaint, if the parties do not resolve the case before November 10, 2025.

Respectfully submitted.

Date:   August 5, 2025          /s/ Halsey Diakow
                                HALSEY DIAKOW
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                *Counsel for the United States*

Date:   August 5, 2025          /s/ David W. Raub
                                DAVID W. RAUB
                                139 Kipling Drive
                                Mill Valley, CA 94941
                                Plaintiff, appearing *pro se*

Date:   August 5, 2025          /s/ Mary S. Raub
                                MARY S. RAUB
                                139 Kipling Drive
                                Mill Valley, CA 94941
                                Plaintiff, appearing *pro se*

Pursuant to Local Rule 5-1(i)(3), I hereby attest that plaintiffs David W. Raub and Mary S. Raub concur in the filing of this stipulated request.

                                /s/ Halsey Diakow
                                HALSEY DIAKOW
                                Trial Attorney, Tax Division
                                U.S. Department of Justice

**ORDER AS MODIFIED**

The parties' above stipulated request is approved. The United States' deadline to respond to the Complaint is extended to November 10, 2025. All initial case management deadlines and events set in the Court's Order Setting Initial Case Management Conference (ECF No. 4) are vacated. A Status Report or dismissal of case is due by November 24, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 7, 2025

KANDIS A. WESTMORE
United States Magistrate Judge