David W Raub
Mary S. Raub
139 Kipling Drive
Mill Valley, CA 94941
415.383.0396
davidraub@gmail.com
PRO SE

FILED

SEP 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. RAUB, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATE OF AMERICA, <br><br> Defendant | Case No.: 25-cv-04862-WHO <br><br> PROOF OF SERVICE OF SUMMONS AND COMPLAINT |

Plaintiff David W. Raub, in compliance with Rule 4 of the Federal Rules of Civil Procedure, declares as follows:

1. Plaintiffs obtained a valid Summons from the Clerk on June 9, 2025;

2. On June 10, 2025, Plaintiffs mailed copies of the Summons and Complaint to defendant by certified mail, return receipt requested, to the following agencies at the following addresses:

   United States Attorney for the Northern District of California
   Civil Process Clerk
   PO Box 36055
   450 Golden Gate Avenue
   San Francisco, CA 94102

   Internal Revenue Service
   PO Box 7346
   Philadelphia, PA 19101-7346

PROOF OF SERVICE OF SUMMONS AND COMPLAINT - 1

Attorney General of the United States
950 Pennsylvania Avenue
Washington, DC 20530-0001

3. On June 13, 2025, the Civil Process Clerk acknowledged delivery of the Summons and Complaint. A copy of the United States Postal Service tracking receipt with the signed delivery receipt is attached as an exhibit to this Declaration.

4. On August 5, 2025, Defendant appeared by counsel in this action with the filing of a Stipulated Request for Order to Extend Time, etc. This Court granted the requested Order on August 7, 2025.

Plaintiff David W. Raub declares, under penalty of perjury under the laws of the United State of America, that the foregoing is true and correct

    Executed this 4th day of September, 2025


David W Raub

PROOF OF SERVICE OF SUMMONS AND COMPLAINT - 2

ALERT: SEVERE WEATHER AND FLOODING THAT IS MOVING FROM TEXAS THROUGH THE SO...

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052703013196408

Copy    Add to Informed Delivery (https://info...

### Latest Update

Your item was delivered to the front desk, reception a... SAN FRANCISCO, CA 94102.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room
SAN FRANCISCO, CA 94102
June 12, 2025, 12:12 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (h...

**Text & Email Updates**    ˅

**USPS Tracking Plus®**    ˅

**Product Information**    ˅

Track Another Package

---

PS Form 3811, July 2020 PSN 7530-02-000-9053

9590 9402 7781 2152 0341 74

2. Article Number (Transfer from service label)
9589 0710 5270 3013 1964 08

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Civil Process Clerk
US Attorney's Office
450 Golden Gate Ave
PO Box 36055
San Francisco, CA
94102

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Cal Moi                  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Christine Millates                 6/12/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

San Francisco, CA 94102

Certified Mail Fee  $4.85
$                    $4.___

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.77

Total Postage and Fees  $10.72

Sent To: Civil Process Clerk, US Attorney's Office
Street and Apt. No., or PO Box No.: PO Box 36055, 450 Golden Gate Ave
City, State, ZIP+4®: San Francisco, CA 94102

Postmark: MILL VALLEY CA 94941  JUN 10 2025  06/10/2025  USPS

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Proof of Service

On September 4, 2025, I sent a copy of the foregoing Proof Of Service of Summons and Complain to Defendant United States of America by attaching a scanned copy thereof to an email directed to:

>Halsey Diakow
>Trial Attorney, Tax Division
>US Department of Justice
>PO Box 683
>Washington, DC 20044
>Halsey.Diakow@usdoj.gov

I declare, under penalty of perjury under the laws of the United State of America, that the foregoing is true and correct.

Executed this 4th day of September, 2025

*David W Raub*
David W Raub

September 4, 2025

Clerk, United States District Court]
Norther District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Dear Sir/Madam:

Please file the enclosed "Proof of Service of Summons and Complaint and return a file-endorsed copy in the enclosed self-addressed stamped envelope. Thank you.

*[signature]*

David W. Raub
139 Kipling Drive,
Mill Valley, CA 94941