Mary Raub
139 Kipling Dr
Mill Valley, CA 94941-1514



RECEIVED

SEP 11 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk, US District Court
Northern District of California
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102