1  Your Name: David W Raub
2  Address: 139 Kipling Drive
3  Mill Valley, CA 94941
4  Phone Number: 4153288088
5  Email Address: davidraub@gmail.com
6  Pro Se Plaintiff

**FILED**
OCT 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ■ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka-McKinleyville

| David W Raub, Mary S Raub | ) Case Number: 25-CV-04862-WHO |
|---|---|
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL OF** [check one] |
| v. | ) ✔ **THIS ENTIRE CASE** |
| United States of Amiercia | ) ☐ **ONLY DEFENDANT** [name] |
| Defendant. | ) JUDGE: Hon. William H. Orrick. Jr. |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

■ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 6 October 2025   Signature: *Mary S. Raub / David Raub*

Print Name: David W Raub, Mary S Raub

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: 25-cv-04862

JDC TEMPLATE, UPDATED 11/2024

PROOF OF SERVICE

On October 6, 2025, Plaintiffs mailed copies of the Notice of Voluntary Dismissal to defendant at the following address:

> Halsey Diakow
> Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Washington, D.C. 20044

Plaintiffs also sent a copy of the Notice of Voluntary Dismissal in PDF format to defendant at the following email address:

> Halsey.Diakow@usdoj.gov

Plaintiff David W. Raub declares, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 6th day of October, 2025

_____
David W Raub

PROOF OF SERVICE OF NOTICE OF VOLUNTARY DISMISSAL