David Raub
139 Kipling Drive
Mill Valley, CA 94941

RECEIVED
OCT 10
CLERK, U.S. DIS
NORTH DISTRIC

quadient
FIRST-CLASS MAIL
IMI
$002.17⁰
10/06/2025 ZIP 94939
043M30212677

US POSTAGE

COURT
ALIFORNIA

Clerk, United States District Court
Northern District of California
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102-3489